# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREGORY H. GRIMMETTE  
1210 MAPLE STREET  
LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-6631

Case Number: 07-71846

Case filed on: 8/3/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,208.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | EMC MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GREGORY H. GRIMMETTE | 0.00 | 0.00 | 932.13 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 932.13 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 14,306.88 | 14,306.88 | 131.57 | 1,061.38 |
| 003 | EMC MORTGAGE CORPORATION | 186,393.22 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 200,700.10 | 14,306.88 | 131.57 | 1,061.38 |
|  | Grand Total: | 200,700.10 | 14,306.88 | 1,063.70 | 1,061.38 |

Total Paid Claimant:     $2,125.08  
Trustee Allowance:       $82.92  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008           By   /s/Heather M. Fagan